KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7183
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00524 MJJ |
| Plaintiff, ) | [PROPOSED] ORDER RE: |
| v. ) | SCHEDULING; EXCLUDING TIME |
| STEPHANIE DAVIS and ) | OAKLAND VENUE |
| SHAHID HAMID, ) | |
| Defendants. ) | |

    On October 20, 2005, this case was called on the regular calendar of the Honorable Martin J. Jenkins. Both defendants were present and represented by counsel, and the government was represented by Assistant United States Attorney Doug Sprague. For the reasons stated in open court, IT IS HEREBY ORDERED THAT:

    1.    This matter is continued to December 16, 2005, at 2:30 p.m. in Oakland for status;

    2.    Pursuant to the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)), time is excluded from October 20, 2005, through and including December 16, 2005, based on defense counsels' need for effective preparation considering the voluminous discovery in this matter and for continuity of counsel in light of defendant Hamid's counsel being out of the country for

PROP. ORDER RE: SCHEDULING;
CR 05-00524 MJJ

1 | multiple weeks between October 20 and December 16.
2 | **IT IS SO ORDERED.**
3 | DATED:       November 11, 2005
4 | _____
  | MARTIN J. JENKINS
  | United States District Judge

PROP. ORDER RE: SCHEDULING;
CR 05-00524 MJJ