| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK K. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | W. DOUGLAS SPRAGUE (CSBN 202121)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street; Suite 340-S<br>Oakland, California 94612<br>Telephone: (510) 637-3771 |
| 7 | FAX: (510) 637-3724<br>e-mail: doug.sprague@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00524 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER |
| v. | ) | |
| STEPHANIE DAVIS and<br>SHAHID HAMID, | ) | |
| Defendants. | ) | |

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT sentencing for defendants Stephanie Davis and Shahid Hamid is continued from July 6 at 2:00 p.m. to July 20 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: June 29, 2006

MARTIN J. JENKINS
United States District Court Judge

3