1  JOSEPH McGREW
   State Bar No. 122523
2  3505 Kempton Way, Suite 8
   Oakland, CA 94612
3  510-472-4630/510-835-2077 (Fax)

**FILED**

JUL 19 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-05-524-MJJ |
| Plaintiff, | |
| vs. | STIPULATION FOR ~~PROPOSED~~ |
| STEPHANIE D. DAVIS, | ORDER TO CONTINUE COURT DATE |
| Defendant. | |

**GOOD CAUSE APPEARING** it is hereby ordered that the court date of July 20, 2006 in the above-entitled matter is continued until August 25, 2006 for sentencing.

Dated: 7/19/06

_____
HONORABLE MARTIN JENKINS

1

MOTION TO CONTINUE

## DECLARATION OF COUNSEL

I, JOSEPH MCGREW, hereby declare:

1. I am an attorney licensed to practice law and represent defendant in the above-entitled case.
2. Declarant requires a reasonable continuance to review and discuss the probation report and recommendations with defendant.
3. Declarant has also delayed with two life cases pending in the Alameda Superior Court and San Francisco Superior Court.
4. Defendant has entered a general time waiver and will continue said waiver.
5. Assistant Attorney General, Doug Sprague does not object to the requested continuance.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters alleged on information and belief, and as to those matters, I believe them to be true.

Executed the 19th day of July 2006, at San Francisco, California.

JOSEPH MCGREW
Attorney for Defendant
STEPHANIE D. DAVIS

## PROOF OF SEVICE

I, the undersigned say:

I am over the age of eighteen years of age and not a party to the above action. My business address is:

**JOSEPH McGREW**
**88 Howard Street, Suite 2305**
**San Francisco, CA 94105**

On July 19, 2006, I personally served a copy of the attached Stipulation to Continue Court Date on the following party:

(X)  United States Attorney General
     Attn: AAG Doug Sprague
     450 Golden Gate Avenue
     San Francisco, CA 94103

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2006, at San Francisco, California.

_____
JOSEPH MCGREW, ESQ.