KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK K. KROTOSKI (CASBN 138549)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3771
   FAX: (510) 637-3724
   e-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00524 MJJ |
|    Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER |
| STEPHANIE DAVIS, ) | |
|    Defendants. ) | |

     Plaintiff, the United States of America, by and through its undersigned counsel, and defendant Stephanie Davis, by and through her respective undersigned counsel, hereby requests and stipulate that the sentencing of defendant Davis currently scheduled for August 25, 2006 at 2:30 pm., be continued to September 8, 2006 at 2:30 p.m.

     The reason for this continuance is that counsel for the government is unavailable on August 25, 2006.

////

////

////

1

1  **IT IS SO STIPULATED**.

2  DATED: August 22, 2006                      Respectfully submitted,

3                                               KEVIN V. RYAN
                                                United States Attorney
4

5                                               By  /s/
                                                W. DOUGLAS SPRAGUE
6                                               Assistant U.S. Attorney

7

8  DATED: August 22, 2006                       /s/
9                                               F. JOSEPH McGREW
                                                Attorney for Defendant
10                                              Stephanie Davis



IT IS SO ORDERED
Judge Martin J. Jenkins
8/29/2006

2